UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11214-GAO

RICHARD TIDD, KRISTI GRUHN,
and all others similarly situated,
Plaintiffs,

v.

ADECCO USA, INC., KELLY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX GROUND PACAKGE SYSTEM, INC. d/b/a FEDEX HOME DELIVERY,
Defendants.

ORDER
March 30, 2010

O'TOOLE, D.J.

After review of the revised notices and opt-in consent forms submitted on March 22, 2010, the Court adopts the plaintiffs' proposed notice and opt-in consent form, Tidd et al. v. Adecco USA, Inc. et al., No. 07-11214 (D. Mass.) (dkt. no. 110).

The Court also agrees with the plaintiffs that a third-party administrator ("TPA") is not necessary here. The defendants have offered no compelling reason to believe that the parties or their counsel will engage in improper communications with potential class members and the defendants' privacy concerns alone do not warrant the appointment of a TPA. See Hoffman-LaRoche, Inc. v. Sperling, 493 U.S. 165, 170 (1989). The defendants are ordered to disclose to the plaintiffs' counsel the names and last known addresses of all potential class members within fourteen (14) days. The plaintiffs' counsel will be responsible for the mailing.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge