UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11214-GAO

RICHARD TIDD, KRISTI GRUHN, STEPHANIE CHIAPPA, and all others similarly situated,
Plaintiffs,

v.

ADECCO USA, INC., KELLY SERVICES, INC., and FEDEX GROUND PACKAGE SYSTEM, INC.
Defendants.

**ORDER APPROVING THE SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE**

September 26, 2011

O'TOOLE, D.J.

After a confidential *in camera* review of the Confidential Global Settlement Agreement presented by the parties as well as the form for the Confidential Agreement and Release to be signed by the Named Plaintiffs and the form for the Confidential Agreement and Release to be signed by the individuals who have submitted consents to opt into this case and who will be participating in the settlement (collectively "Settlement Participants"), the Court determines that the terms of the settlement of this litigation, including the amounts contemplated to be paid to the Named Plaintiffs and Settlement Participants, are a fair and reasonable resolution of a bona fide dispute. Accordingly, the Court approves the settlement, including the forms of releases to be signed by the Named Plaintiffs and Settlement Participants. A copy of the Settlement Agreement will be filed under seal in the docket of this case.

The Court hereby DISMISSES WITH PREJUDICE the claims that were raised in the above-styled lawsuit, subject to Paragraph 3(a) of the Confidential Global Settlement Agreement regarding the refiling of claims by Opt-Ins of Record who do not participate in the settlement.

Each party shall bear his, her, or its own costs and attorneys' fees in this litigation except as otherwise provided by the Confidential Global Settlement Agreement. The Named Plaintiffs and Settlement Participants are not and shall not be deemed prevailing parties with respect to this action or any other action brought against the Defendants in this action or any of the Defendants' heirs, administrators, representatives, executors, divisions, parents, subsidiaries, parents' subsidiaries, affiliates, partners, limited partners, successors and assigns.

Neither this Order, the Confidential Global Settlement Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any proceeding as evidence: (a) that any group of similarly situated individuals exists to maintain a collective action under the Fair Labor Standards Act or a class action under Rule 23 of the Federal Rules of Civil Procedure (or comparable state laws or rules), (b) of an adjudication of the merits of this case or that any party has prevailed in this case, or (c) that the Defendants or others have engaged in any wrongdoing.

SO ORDERED.

_____
Honorable George A. O'Toole, Jr.
United States District Judge

9/26/11